IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KENNETH ROSHAUN REID,** : Civil No. 1:17-cv-1062
:
**Plaintiff,** :
:
v. :
:
**WARDEN DAVID J. EBBERT,** :
:
**Defendant.** : Judge Sylvia H. Rambo

## **O R D E R**

**AND NOW**, this 24th day of May, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** to Reid's right to file a § 2255 motion in the appropriate court, subject to the pre-authorization requirements of 28 U.S.C. §§ 2244 and 2255(h).

3) The court declines to issue a certificate of appealability as it is without jurisdiction.

                             s/Sylvia H. Rambo
                             SYLVIA H. RAMBO
                             United States District Judge